PETER E. BRIXIE, Bar #124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880 Fax: (916) 658-1884
peterbrixie@gmail.com

Attorney for JENNIFER BARRAGAN

## UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| JENNIFER BARRAGAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant | No. 2: 15-cv-02060-AC (TEMP)<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION** |
|---|---|

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of August 29, 2016. The extension is needed due to press of business in plaintiff's attorney's office.

This is the 2nd request for extension by plaintiff.

Dated: 07/21/16       /s/ Peter Brixie
PETER E. BRIXIE
Attorney at Law
Attorney for Plaintiff

Dated: 07/21/16   By:   /s/Chantal Jenkins
CHANTAL JENKINS
Special Assistant U. S. Attorney
Attorney for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: July 25, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE